IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.                         Criminal Action No. 5:11CR26-01

TAOWEI YU,

    Defendant.

## REPORT AND RECOMMENDATION THAT MOTIONS TO SUPPRESS BE DENIED AS MOOT

At the scheduled motions hearing on September 29, 2011, counsel for defendant advised defendant had signed a plea agreement and orally moved to withdraw defendant's Motion to Suppress Search (Doc. No. 21) and Motion to Suppress Statements (Doc. No. 22).

Both motions are now moot.

Therefore, it is recommended both motions be **DENIED**.

IT IS SO ORDERED.

The Clerk of the Court is directed to provide a copy of this Order to parties who appear pro se and all counsel of record, as applicable, as provided in the Administrative Procedures for Electronic Case Filing in the United States District Court for the Northern District of West Virginia.

DATED: September 29, 2011

                                          /s/ James E. Seibert
                                          JAMES E. SEIBERT
                                          UNITED STATES MAGISTRATE JUDGE